Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of boiled wool fiber similar in all material respects to that the subject of *C. J. Tower & Sons of Niagara, Inc.* v. *United States* (48 Cust. Ct. 107, C.D. 2320), the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, FEBRUARY 25, 1963

**No. 67462.**—Far Eastern Fabrics, Inc. *v.* United States, protest 59/23227 (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of silk woven fabrics similar in all material respects to those the subject of Abstract 64266, the claim of the plaintiff was sustained.

BEFORE THE FIRST DIVISION, FEBRUARY 27, 1963

**No. 67463.**—Cajo Trading Company (Wheeler & Miller) *v.* United States, protest 62/3862 (San Francisco).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *Falcon Sales Company* and *J. J. Murphy & Co.* v. *United States* (47 Cust. Ct. 129, C.D. 2292), the claim of the plaintiff was sustained.

**No. 67464.**—Arbor Manufacturing Corp. and Metropolitan Housewares Corp. *v.* United States, protests 62/13244 and 62/14690 (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *Falcon Sales Company* and *J. J. Murphy & Co.* v. *United States* (47 Cust. Ct. 129, C.D. 2292), the claim of the plaintiffs was sustained.